IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

_____

LORRIE SINCLAIR                         :
25909 Rickmansworth Lane                :
Southriding, VA 20152                   :
                                        :
                                        :
       Plaintiff,                       :
                                        :
    v.                                  :        JURY DEMAND
                                        :
ZETA PHI BETA SORORITY, INC.            :
1734 New Hampshire Avenue, N.W.         :
Washington, DC 20009                    :
                                        :
       Defendant                        :
_____     :

## COMPLAINT

COME NOW the Plaintiff, by and through counsel, Jimmy A. Bell, Esq. and the Law Office of Jimmy A. Bell, P.C., and respectfully present this Complaint against the Defendant, Zeta Phi Beta Sorority, Inc. ("ZPB"), to enforce their rights for acts of negligence, and breach of contract.

## JURISDICTION

1. This action is invoked pursuant to 28 U.S.C. § 1332. Jurisdiction is proper as Plaintiff is a resident of the Commonwealth of Virginia and Defendant, Zeta Phi Beta Sorority, Inc. ("ZPB"), is a District of Columbia corporation whose principal place of business (i.e., international headquarters) is in the District of Columbia; and the matter in controversy exceeds the sum or value of $75,000.00.

## VENUE

2. Venue is properly laid in the District of Columbia pursuant to 28 U.S.C. § 1391, as the Defendant operates a licensed business in the District of Columbia and the acts herein complained of occurred within the said jurisdiction.

## STATEMENT OF FACTS

3. Plaintiff is a lawyer and member of ZPB.

4. ZPB is a tax-exempt organization which is a licensed business in the District of Columbia.

5. On July 2, 2008, Plaintiff was present during the proceedings of the 2008 Grand Boule, of Zeta Phi Beta Sorority, properly convened in Las Vegas, Nevada.

6. Zeta Phi Beta Sorority is a non profit corporation organized founded in 1920 under the laws of the District of Columbia with international headquarters located at: 1734 New Hampshire Avenue, N.W., Washington, D.C. 20009.

7. The constitution and bylaws of Zeta Phi Beta Sorority provide for the election of national officers during the Grand Boule (Article VI, Section 2A).

8. Officers elected during the Grand Boule are to be installed prior to the close of the Grand Boule session (Article III, Section 3).

9. The 2008 Grand Boule is scheduled to end today on July 3, 2008.

10. Plaintiff served as a member of the national election committee during the 2008 Grand Boule proceedings.

11. On July 2, 2008 the national elections committee presented the following elections results for the slate of candidates: Office of Undergraduate at large – Jackson 329 votes, Atkins 614 votes and Baker 655 votes. Office of International

Grand Basileus – Hollingsworth 133 votes, Bowles 304 votes, Sawyer 578 votes and Underwood 605 votes.

12. During the presentation of the election results, the election committee failed to provide sufficient information to determine the winning candidate in each category.

13. The Zeta Phi Beta Sorority Constitution and Bylaws is silent as to the margin required to select a winner when multiple candidates are seeking election to a contested position.

14. The Constitution and Bylaws govern the proceedings of Zeta Phi Beta and is subject to Robert's Rules of Order, newly revised when the Constitution and Bylaws are silent on an issue. (Article II, Section 2)

15. Robert's Rules of Order provides that a plurality vote that is not a majority never elects anyone to office except by special rule (Robert's Rules of Order, 10th edition pg. 391-392)

16. Zeta Phi Beta has not **adopted** such a special rule

17. Robert's Rules of Order provides that officers must elected by a majority vote (Robert's Rules of Order, 10th edition), page 427.

18. Based upon the election results there is no candidate for either the position of International Grand Basileus or Undergraduate Member at Large that has achieved a majority vote.

19. Robert's Rules of Order provides that in such a case a run off election should be held until an individual candidate receives a majority vote, (Robert's Rules of Order, 10th edition), page 427.

20. Zeta Phi Beta has refused to follow Constitution and Bylaws and Robert's Rules of Order for both the positions of International Grand Basileus or Undergraduate Member at Large.

21. There was a Point of Order properly on the floor that stated there is a runoff situation and there is a need to have the election completed. There was discussion on the Point of Order and the Chair, stated that she was not going to force a runoff. She then on her on motion, illegally adjourned the 2008 Grand Boule of Zeta Phi Beta Sorority. Under the Constitution and bylaws a Chair cannot make such a motion. Moreover, a motion to adjourn the 2008 Grand Boule of Zeta Phi Beta must be seconded and discussion and vote by the body to approve the motion to adjourn the 2008 Grand Boule must be taken.

22. Plaintiff is very concerned that the Defendant will illegally install both the positions of International Grand Basileus or Undergraduate Member at Large without approval of the body are required by the Constitution and Bylaws and Robert's Rules of Order.

23. This is the first time since the founding of Zeta Phi Beta Sorority that the Grand Boule has been illegally adjourned.

24. This is the first time since the founding of Zeta Phi Beta Sorority that the election results have not been approved by the body before the Grand Boule has been adjourned.

**Count I: Breach of Contract**

25. Plaintiff re-pleads and re-alleges paragraphs 1 through 24 as if set forth separately and at length herein.

26. ZPB failed to follow the policies and procedures outlined in the ZPB Constitution.

27. The ZPB Constitution and polices and procedures are contracts between ZPB and Plaintiff.

28. As such, ZPB breached its contract or contracts with Plaintiff by its failures to abide by the terms of such contract or contracts.

**29.** Plaintiffs suffered the loss of enjoyment of ZPB's goods, services, facilities, privileges, advantages, and accommodations, as well as severe mental anguish as a result of ZPB's actions.

## Count II: Negligence

30. Plaintiff re-pleads and re-alleges paragraphs 1 through 29 as if set forth separately and at length herein.

31. ZPB failed to follow the policies and procedures outlined in the ZPB Constitution.

32. ZPB had a duty to Plaintiff to abide by its Constitution and policies and procedures, which duty ZPB negligently breached, proximately causing Plaintiffs' injuries.

33. As such, ZPB was negligent with regard to Plaintiff.

34. Plaintiffs suffered damage to her repute and standing in her community, the loss of enjoyment of ZPBA's goods, services, facilities, privileges, advantages, and accommodations, as well as severe mental anguish as a result of ZPB's actions.

## RELIEF SOUGHT

35. Plaintiff re-pleads and re-alleges paragraphs 1 through 34 with the same force and effect as if set forth separately and at length herein.

36. Plaintiff seek compensatory in the amount of $76,000.

37. Plaintiff seeks a TRO, Preliminary and Permanent Injunction

38. Plaintiff seeks the costs of litigation, including reasonable attorney's fees and expert witness fees.

39. Plaintiff seeks such other relief as may be just.

## JURY DEMAND

40. Plaintiff demand a trial by jury.


    Respectfully submitted,

_____/s/_____
Jimmy A. Bell, Esquire
Bar #MD14639
Law Office of Jimmy A. Bell, P.C.
9610 Marlboro Pike
Upper Marlboro, MD  20772
(301) 599-7620 Office
(301) 599-7623 Fax
Counsel for Plaintiffs

# CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

## I (a) PLAINTIFFS

LORRIE SINCLAIR
25909 Rickmansworth Lane
Southriding, VA 20152

88888

## DEFENDANTS

ZETA PHI BETA SORORITY, INC.
1734 New Hampshire Avenue, N.W.
Washington, DC 20009

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Jimmy A. Bell, Esq.
Law Office of Jimmy A. Bell, P.C.
9610 Marlboro Pike
Upper Marlboro, MD 20772
(301) 599-7620
(301) 599-7623 (Fax)

Case: 1:08-cv-01167
Assigned To : Huvelle, Ellen S.
Assign. Date : 7/3/2008
Description: TRO/PI

JURY ACTION

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

○ 1 U.S. Government Plaintiff
○ 2 U.S. Government Defendant
○ 3 Federal Question (U.S. Government Not a Party)
⊙ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ⊙ 4 |
| Citizen of Another State | ⊙ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

○ **A. Antitrust**
☐ 410 Antitrust

○ **B. Personal Injury/Malpractice**
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

○ **C. Administrative Agency Review**
☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

⊗ **D. Temporary Restraining Order/Preliminary Injunction**

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

○ **E. General Civil (Other)** OR ○ **F. Pro Se General Civil**

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| ○ G. *Habeas Corpus/2255*<br>☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ○ H. *Employment Discrimination*<br>☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br>*(If pro se, select this deck)* | ○ I. *FOIA/PRIVACY ACT*<br>☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br>*(If pro se, select this deck)* | ○ J. *Student Loan*<br>☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
|---|---|---|---|
| ○ K. *Labor/ERISA (non-employment)*<br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ○ L. *Other Civil Rights (non-employment)*<br>☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ⊗ M. *Contract*<br>☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☒ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ○ N. *Three-Judge Court*<br>☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**
- ⊙ 1 Original Proceeding
- ○ 2 Removed from State Court
- ○ 3 Remanded from Appellate Court
- ○ 4 Reinstated or Reopened
- ○ 5 Transferred from another district (specify)
- ○ 6 Multi district Litigation
- ○ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
to 28 U.S.C. § 1332.   breach of contracts

**VII. REQUESTED IN COMPLAINT**   ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23   DEMAND $ 76,000   Check YES only if demanded in complaint
JURY DEMAND:   YES ☒   NO ☐

**VIII. RELATED CASE(S) IF ANY**   (See instruction)   YES ☐   NO ☒   If yes, please complete related case form.

DATE 7-3-08   SIGNATURE OF ATTORNEY OF RECORD _____

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.   COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.   CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.   CASE ASSIGNMENT AND NATURE OF SUIT:  The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.   CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.   RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.